Submitted March 20, 1967. *Clifton Sturdivant,* appellant, in propria persona; *Robert J. F. Brobyn* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* West, Appellant.

Argued March 22, 1967. *James J. DeMarco,* for appellant; *Gordon Gelfond,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* West, Appellant.

Submitted March 20, 1967. *Rudolph West,* appellant, in propria persona; *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* White, Appellant.